# JUDGE BUCHWALD

COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9255
Ronald W. Meister (RM-4313)
Attorneys for Plaintiff

**'08 CIV 4533**

RECEIVED
MAY 1 5 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

TUFENKIAN IMPORT/EXPORT VENTURES,
INC.,

                    Plaintiff,

      -against-

GLOBAL ACCENTS, INC. and DANNY
PARTIELLI,

                  Defendants.

------------------------------------------------------------ x

Civil Action No.

**COMPLAINT FOR
COPYRIGHT
INFRINGEMENT**

**JURY TRIAL DEMANDED**

       Plaintiff, Tufenkian Import/Export Ventures, Inc., by its attorneys, Cowan, Liebowitz &

Latman, P.C., for its complaint, alleges:

       1.     This is an action for copyright infringement brought pursuant to the Copyright

Act of 1976.

## Parties

       2.     Plaintiff Tufenkian Import/Export Ventures, Inc. ("Tufenkian") is a New York

corporation with its principal place of business at 919 Third Avenue, New York, NY 10022.

       3.     Plaintiff is one of the world's leading designers and suppliers of handmade

Tibetan and Armenian carpets.

4.      On information and belief, defendant Global Accents, Inc., is a California corporation with its executive offices at 19808 Normandie Avenue, Torrance, California 90502.

5.      On information and belief, defendant Global Accents, Inc. maintains a sales representative in New York State to promote sales to its customers in New York State.

6.      On information and belief, defendant Global Accents, Inc. sells carpets, including carpets that infringe plaintiff's copyrighted designs, from retail stores throughout the New York Metropolitan area, and from the Decoration and Design ("D&D") Building, located at 979 Third Avenue, New York, New York.

7.      Upon information and belief, defendant Global Accents, Inc. sells carpets, including carpets that infringe plaintiff's copyrighted designs, through an interactive website located at www.globalaccents.net.

8.      Upon information and belief, defendant Danny Partielli is a resident of California and President and sole officer of defendant Global Accents, Inc.

9.      As the principal and only officer of defendant Global Accents, Inc., defendant Partielli has directed the infringing activities alleged in this complaint and is personally responsible for its actions.

## Jurisdiction

10.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.  Venue is proper under 28 U.S.C. § 1391(b) and (c).

11.     On information and belief, defendants are doing business in this judicial district, have engaged in infringing activities in this district that injure plaintiff in this district, or are otherwise subject to personal jurisdiction in this district, and a substantial part of the events giving rise to this claim occurred in this district.

2

## CLAIM FOR COPYRIGHT INFRINGEMENT

**Plaintiff's Designs**

12.    In 1985, Tufenkian began producing high-quality Tibetan carpets that integrate classic Tibetan weaving craft, Himalayan wool and modern Western designs and colors.  Each Tufenkian carpet is hand-crafted in Nepal, and requires, on average, several thousand hours of labor to produce.

13.    Plaintiff's Tibetan carpets have received considerable laudatory publicity and have been the subject of articles appearing in House & Garden Magazine, House Beautiful, Contract Design, Elle, The Journal of Commerce and Home Accents Today, among other publications.

14.    Tufenkian carpets are widely sold and advertised throughout the United States and internationally, in showrooms, via catalogues and over the Internet.

15.    Beginning in or around 2003, Tufenkian created and began to sell the following carpets with original designs, each of which has been registered in plaintiff's name at the United States Copyright Office, as follows:

(a)    "Total Eclipse," registration number VA 1-253-677;

(b)    "Igloo," registration number VA 1-253-680;

(c)    "Slipped Blocks," registration number VA 1-253-681; and

(d)    "Towering Blocks," registration number VA 1-253-676.

16.    The effective date of each of these registrations is March 28, 2004.  Copies of the Certificates of Registration are attached hereto as Exhibit A.  Copies of plaintiff's designs are attached hereto as Exhibit B.

3

**Defendants' Designs**

17.    Defendant Global Accents is, on information and belief, a manufacturer, importer and distributor of decorative floor coverings.

18.    On information and belief, defendant Global Accents' customer base extends throughout the United States.

19.    Defendant Global Accents offers for sale a "Himalaya Collection" of carpets with designs substantially similar to plaintiff's copyrighted designs, as follows:

(a)    Defendants' "Horizon" design is substantially similar to plaintiff's copyrighted "Total Eclipse" design.

(b)    Defendants' "Panorama" design is substantially similar to plaintiff's copyrighted "Igloo" design.

(c)    Defendants' "Landscape" design is substantially similar to plaintiff's copyrighted "Slipped Blocks" design.

(d)    Defendants' "Terrace" design is substantially similar to plaintiff's copyrighted "Towering Blocks" design.

Copies of defendants' designs are attached hereto as Exhibit C.

20.    On information and belief, prior to creation of their "Horizon" design, defendants and their designers had knowledge of plaintiff's copyrighted "Total Eclipse" design.

21.    On information and belief, prior to creation of their "Panorama" design, defendants and their designers had knowledge of plaintiff's copyrighted "Igloo" design.

22.    On information and belief, prior to creation of their "Landscape" design, defendants and their designers had knowledge of plaintiff's copyrighted "Slipped Blocks" design.

23.    On information and belief, prior to their creation of their "Terrace" design, defendants and their designers had knowledge of plaintiff's copyrighted "Towering Blocks" design.

24.    Defendants' "Horizon" design is an unauthorized copy of plaintiff's "Total Eclipse" design.

25.    Defendants' "Panorama" design is an unauthorized copy of plaintiff's "Igloo" design.

26.    Defendants' "Landscape" design is an unauthorized copy of plaintiff's "Slipped Blocks" design.

27.    Defendants' "Terrace" design is an unauthorized copy of plaintiff's registered "Towering Blocks" design.

28.    On information and belief, defendants' infringing acts alleged herein were committed willfully and with knowledge of plaintiff's designs.

29.    Defendant's infringing acts alleged herein were performed without the permission, license or consent of Tufenkian.

30.    As a consequence of defendants' infringing activity, plaintiff has suffered, and will continue to suffer irreparable injury unless defendants are enjoined from engaging in their infringing activities.

31.    Plaintiff has no adequate remedy at law.

**WHEREFORE**, plaintiff demands that the Court:

1.    Find that defendants have infringed upon plaintiff's copyrights in its "Towering Blocks," "Igloo," "Total Eclipse" and "Slipped Blocks" carpet designs.

2.     Permanently enjoin defendants, their officers, agents, employees, and related companies, and all persons acting for, with, by, through, or under them, from manufacturing, copying, reproducing, distributing, advertising, promoting, offering for sale or selling rugs or other products or articles bearing any design identical or substantially similar to Tufenkian's copyrighted "Towering Blocks," "Igloo," "Total Eclipse" or "Slipped Blocks" carpet designs.

3.     Order defendants, their officers, agents, employees and related companies, and all persons acting for, with, by, through, or under them, to destroy all carpets infringing Tufenkian's copyrighted carpet designs as well as all other infringing materials.

4.     (a)     Award to plaintiff its actual damages incurred as a result of defendants' acts of infringement, and all profits defendants realized as a result of their acts of infringement, in amounts to be determined at trial; or

(b)     In the alternative, award to plaintiff, pursuant to 17 U.S.C. § 504, statutory damages for each act of infringement committed by defendants;

5.     Award to plaintiff its costs and attorneys' fees it incurred as a result of defendants' acts of infringement; and

6.     Grant such other and further relief as the Court deems necessary and proper under the circumstances.

Dated: New York, New York
      May 15, 2008

                    Respectfully submitted,

                    COWAN, LIEBOWITZ & LATMAN, P.C.

                    By:   _____
                          Ronald W. Meister (RM-4313)
                          1133 Avenue of the Americas
                          New York, New York 10036-6799
                          (212) 790-9255
                          Attorneys for Plaintiff

Exhibit A



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE

**VA 1-253-677**

EFFECTIVE DATE OF REGISTRATION

MARCH 28, 2004
Month    Day    Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼    **TOTAL ECLIPSE**

NATURE OF THIS WORK ▼ See Instructions    **CARPET DESIGN**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

NAME OF AUTHOR ▼    **a** TUPENKIAN IMPORT/EXPORT VENTURES, INC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed  2003
This information must be given in all cases. Year in all cases.

**b** Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published.
Month JULY    Day 12    Year 2003    Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TUPENKIAN IMPORT/EXPORT VENTURES, INC
902 BROADWAY, 2ND FLOOR
NEW YORK, NY 10010-6002

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
MARCH 05, 2004

ONE DEPOSIT RECEIVED
MARCH 05, 2004

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
FUNDS RECEIVED  MAR 2 8 20

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | nMt | FORM VA |
| CHECKED BY | *[signature]* | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a See instructions before completing this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                            Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

JAMES F TUFENKIAN
902 BROADWAY, 2ND FLOOR
NEWYORK, NY 10010-6002

Area code and daytime telephone number  (212) 475-2475        Fax number  (212) 475-2629

Email  LMAXDISSI@TUFENKIANCARPETS.COM

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of TUFENKIAN IMPORT EXPORT VENTURES, INC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

JAMES F TUFENKIAN                          Date  10 9 2003

Handwritten signature (X) ▼

X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼  JAMES F TUFENKIAN |
| | Number/Street/Apt ▼  902 BROADWAY, 2ND FLOOR |
| | City/State/ZIP ▼  NEWYORK, NY 10010-6002 |

**9**

*YOU MUST:*
Complete all necessary spaces
Sign your application in space 8.

*SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:*
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

*MAIL TO:*
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-253-680**



EFFECTIVE DATE OF REGISTRATION

MARCH 28, 2004
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼       IGLOO

NATURE OF THIS WORK ▼ See Instructions       CARPET DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼     TUFENKIAN IMPORT EXPORT VENTURES, INC

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  USA

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture      ☐ Map          ☐ Technical drawing
☑ 2 Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture      ☐ Map          ☐ Technical drawing
☐ 2 Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed       2003
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  July  Day  12  Year  2003      Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TUFENKIAN IMPORT EXPORT VENTURES, INC
902 BROADWAY, 3RD FLOOR
NEW YORK, NY 10010-6002

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
MARCH 05, 2004
ONE DEPOSIT RECEIVED
MARCH 05, 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

FUNDS RECEIVED  MAR 2 8 2004

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY MMK | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼                                        Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
JAMES F TUFENKIAN
902 BROADWAY, 2ND FLOOR
NEWYORK, NY 10010-6002
Area code and daytime telephone number (212) 475-2475     Fax number (212) 475-21029
Email LMAKDICCI@TUFENKIANCARPETS.COM

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of TUFENKIAN IMPORT EXPORT VENTURES, INC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JAMES F TUFENKIAN                              Date 10.9 2003

Handwritten signature (X) ▼
X

**9** Certificate will be mailed in window envelope to this address

Name ▼ JAMES F TUFENKIAN
Number/Street/Apt ▼ 902 BROADWAY, 2ND FLOOR
City/State/ZIP ▼ NEWYORK, NY 10010-6002

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000     Web Rev. June 2002     ⊗ Printed on recycled paper          U.S. Government Printing Office 2000-461-113/20,021



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE **VA 1-253-681**

EFFECTIVE DATE OF REGISTRATION

MARCH 28, 2004
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

# 1

**Title of This Work ▼**
SLIPPED BLOCKS

**NATURE OF THIS WORK ▼** See Instructions
CARPET DESIGN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

# 2

**NAME OF AUTHOR ▼**

**a** TUFENKIAN IMPORT/EXPORT VENTURES, INC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
{ Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire, check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

# 3

**a** Year in Which Creation of This Work Was Completed
2003
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month July    Day 12    Year 2003
Nation

---

# 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TUFENKIAN IMPORT/EXPORT VENTURES, INC
902 BROADWAY, 2ND FLOOR
NEW YORK, NY 10010-0002

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MARCH 05, 2004
ONE DEPOSIT RECEIVED
MARCH 05, 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
FUNDS RECEIVED    MAR 28 2004

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY MiMt | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes" give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a See instructions before completing this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

JAMES F TUFENKIAN
902 BROADWAY, 2ND FLOOR
NEWYORK, NY 10010-6002

Area code and daytime telephone number (212) 475-2475      Fax number (212) 475-21029

Email LMAKDISSI @ TUFENKIANCARPETS COM

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of TUFENKIAN IMPORT EXPORT VENTURES, INC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

JAMES F TUFENKIAN          Date 10·9 2003

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address | Name ▼ JAMES F TUFENKIAN |
| | Number/Street/Apt ▼ 902 BROADWAY 2ND FLOOR |
| | City/State/ZIP ▼ NEWYORK, NY 10010-6002 |

**9**

• YOU MUST
Complete all necessary spaces
Sign your application in space 8

• SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue. S E
Washington, D C 20559-6000

Fee are subject to change. For current fees, check the Copyright Office web site at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper          U S Government Printing Office 2000-461113/20 021



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–253–676**



EFFECTIVE DATE OF REGISTRATION

MARCH 28, 2004

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

Title of This Work ▼

TOWERING BLOCKS

NATURE OF THIS WORK ▼ See Instructions

CARPET DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** NAME OF AUTHOR ▼

TUFENKIAN IMPORT/EXPORT VENTURES, INC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR  ☐ Citizen of _____
☐ Domiciled in  USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture    ☐ Map         ☐ Technical drawing
☑ 2-Dimensional artwork      ☐ Photograph  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR  ☐ Citizen of _____
☐ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map         ☐ Technical drawing
☐ 2 Dimensional artwork      ☐ Photograph  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2003
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  JULY   Day  12   Year  2003
Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TUFENKIAN IMPORT/EXPORT VENTURES, INC
902 BROADWAY, 3RD FLOOR
NEW YORK, NY 10010-10002

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
MARCH 05, 2004
ONE DEPOSIT RECEIVED
MARCH 05, 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

FUNDS RECEIVEDb   MAR 28 2004

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | MMk | FORM VA |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▼                    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                        **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

JAMES F TUFENKIAN
902 BROADWAY 2ND FLOOR
NEW YORK, NY 10010-6002

Area code and daytime telephone number (212) 475-2475          Fax number (212) 475-2629

Email LMAKDISSI@ TUFENKIANCARPETS COM

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **TUFENKIAN IMPORT EXPORT VENTURES, INC**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JAMES F TUFENKIAN                                  Date  10.9.2003

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address

**Name** ▼

JAMES F TUFENKIAN

**Number/Street/Apt** ▼

902 BROADWAY 2ND FLOOR

**City/State/ZIP** ▼

NEW YORK, NY 10010-6002

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev. June 2002  ⊕ Printed on recycled paper                          U.S. Government Printing Office: 2000-461 113/20,021

Exhibit B



©2003 Tufenkian Import/Export Ventures, Inc.

TUFENKIAN TIBETAN CARPETS  |  Modern  |  Total Eclipse Orchard  |  968 232  |  8′ x 10′ shown



©2003 Tufenkian Import/Export Ventures, Inc.

TUFENKIAN TIBETAN CARPETS | Designers' Reserve | Igloo Black Pool | 976 089



©2003 Tufenkian Import/Export Ventures, Inc.

TUFENKIAN TIBETAN CARPETS | Designers' Reserve | Slipped Blocks Suede | 972 249



©2000 Tufenkian Import/Export Ventures, Inc.

TUFENKIAN TIBETAN CARPETS  |  Towering Blocks Waterfall  |  970 311

Exhibit C





Horizon ▪ 8456 ▪ Black/Beige/Teal

Horizon ▪ 8576 ▪ Ant. Charcoal/Beige/Lt. Brown

17

# HIMALAYA COLLECTION

Available Sizes: Approx. 4'0" x 6'0"; 6'0" x 9'0"; 8'0" x 11'0"; 10'0" x 14'0"



Panorama ▪ G8574 ▪ Ivory

Terrace ▪ G8575 ▪ Aqua/Sage



Landscape ▪ G8569 ▪ Yellow



Landscape ▪ G8575 ▪ Beige/Brown

© GLOBAL ACCENTS INC. 2005