UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TUFENKIAN IMPORT/EXPORT VENTURES, INC.

Plaintiff,

-v-

GLOBAL ACCENTS, INC. and DANNY PARTIELLI

Defendants.

Case No.

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

TUFENKIAN IMPORT/EXPORT VENTURES, INC.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: May 15, 2008

Signature of Attorney

Attorney Bar Code: RM-4313

Form Rule7_1.pdf  SDNY Web 10/2007